**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| KONINKLIJKE KPN N.V.,<br><br>Plaintiff,<br><br>v.<br><br>TCL COMMUNICATION, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE, INC., and TCT MOBILE (US) INC.,<br><br>Defendants. | **C.A. No. 18-cv-928-LPS-CJB**<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff Koninklijke KPN N.V. and Defendants TCL Communication, Inc., TCL Communication Technology Holdings Limited, TCT Mobile, Inc., and TCT Mobile (US) Inc. write to inform the Court that they have finalized their agreement to resolve the present dispute. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the parties' agreement, the parties jointly request that the Court dismiss with prejudice all pending claims and defenses in this action with each side to bear its own costs and fees.

Dated:  January 9, 2019

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*
*Koninklijke KPN N.V.*

Respectfully submitted,

PHILLIPS GOLDMAN McLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants TCL*
*COMMUNICATION, INC., TCL*
*COMMUNICATION TECHNOLOGY*

1

*HOLDINGS LIMITED, TCT MOBILE, INC.,
and TCT MOBILE (US) INC.,*

It is SO ORDERED this day of _____, 2019

_____
The Honorable Christopher J. Burke